# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA SANCHEZ, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN BERNARDINO, ET AL., <br><br> Defendants. | Case No.: ED CV 19-345-DMG (SHKx) <br><br> **ORDER APPROVING DISPOSITION OF THE PROCEEDS OF THE SETTLEMENT OF THE CLAIMS OF MINORS R.J.S. AND N.S. [26]** |

Petitioner Emma Sanchez has petitioned the Court for approval of a proposed disposition of the proceeds of the settlement of the claims of Minor Claimants R.J.S. and N.S ("the Minors"). [Doc. # 26 ("Petition").] Petitioner requests that the Court consider her request on an expedited basis so that she can use the proceeds from her portion of the settlement towards the purchase of a home, the escrow for which closes in the near future. *See id.* The City of San Bernardino does not oppose Petitioner's request. [Doc. # 27.]

Having found that Petitioner has complied with the requirements of Local Rule 17-1, California Civil Procedure Code section 372, and California Rule of Court 3.1384,

The Petition is **GRANTED**, and the proposed disposition and distribution of the proceeds of the settlement of the claims of the Minors are **APPROVED**. The total collective amount of the settlement reached in favor of the Minors is $850,000.00. The total amount of attorneys' fees to be awarded from the proceeds of the Minors' settlements is $250,000.00. The remaining $600,000 shall be divided evenly among the Minors and used for the purchase of annuities as follows:

| | |
|---|---|
| TOTAL SETTLEMENT: | $850,000.00 |
| Total Attorneys' Fees Awarded (29.4%): | $250,000.00 |
| Total Net Funds to Be Distributed to R.J.S. for the Purchase of Annuities: | $300,000.00 |
| Total Net Funds to Be Distributed to N.S. for the Purchase of Annuities: | $300,000.00 |

The approved periodic payment schedule of payments for the Minors' annuities is as follows:

<u>For N.S.</u>
- <u>Monthly Income, Beginning at age 18:</u>
    - $2000.00 payable monthly for 8 years, beginning 04/10/2037, with guaranteed payments through 04/10/2045.
- <u>Lump Sums</u>
    - $7,500.00 guaranteed, payable at age 18 on 4/10/2037.
    - $10,000.00 guaranteed, payable at age 21 on 4/10/2040.
    - $15,000.00 guaranteed, payable at age 23 on 4/10/2042.
    - $25,000.00 guaranteed, payable at age 25 on 4/10/2044.
    - $35,000.00 guaranteed, payable at age 27 on 4/10/2046.
    - $50,000.00 guaranteed, payable at age 30 on 4/10/2049.
    - $75,000.00 guaranteed, payable at age 32 on 4/10/2051.
    - $349,000.00 guaranteed, payable at age 35 on 4/10/2054.

For R.J.S.
- <u>Monthly Income, Beginning at age 18:</u>
  - $2000.00 payable monthly for 8 years, beginning 9/7/2031, with guaranteed payments through 8/7/2039
- <u>Lump Sums</u>
  - $7,500.00 guaranteed, payable at age 18 on 9/7/2031.
  - $10,000.00 guaranteed, payable at age 21 on 9/7/2034.
  - $15,000.00 guaranteed, payable at age 23 on 9/7/2036.
  - $25,000.00 guaranteed, payable at age 25 on 9/7/2038.
  - $35,000.00 guaranteed, payable at age 27 on 9/7/2040.
  - $50,000.00 guaranteed, payable at age 30 on 9/7/2043.
  - $75,000.00 guaranteed, payable at age 32 on 9/7/2045.
  - $184,000.00 guaranteed, payable at age 35 on 9/7/2048.

*See* Petition, Exs. 1, 2 [Doc. # 26-2].

The City of San Bernardino shall disburse the proceeds of the Minors' settlements as set forth below:
- $250,000.00 to "The Cochran Firm California Trust Account" (Representing the total attorneys' fees awarded);
- $600,000.00 to "BHG STRUCTURED SETTLEMENTS INC." (Representing the total amount of settlement proceeds to be allocated towards the purchase of annuities for the Minors).

1 | The Petitioner and the Petitioner's counsel are authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the disbursement of the proceeds of the Minors' settlements as set forth in this Order.

**IT IS SO ORDERED**.

DATED: August 6, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE