# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EMMA SANCHEZ, individually and as Successor in Interest to RICHARD SANCHEZ, deceased; R.J.S., a minor, individually and as Successor in Interest to RICHARD SANCHEZ, deceased, by and through Guardian Ad Litem, EMMA SANCHEZ; VALARIE DOMINGUEZ, individually; MARINA GARCILAZO, individually; JEANNIE GARCILAZO, individually, ANGEL GARCILAZO, individually; and THOMAS MIRANDA, individually,, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN BERNARDINO, a municipal entity, and DOES 1 through 10, inclusive,, <br><br> Defendants. | Case No.: ED CV 19-345-DMG (SHKx) <br><br> **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [29]** |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES ("Stipulation of the Parties re Dismissal of Entire Action with Prejudice"), and good cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED as follows:

1. All of Plaintiffs' claims against Defendant CITY OF SAN BERNARDINO are dismissed with prejudice in their entirety.

2. To the extent that Plaintiffs allege any other claims against any other parties or DOES in this action, any and all such claims and causes of action are dismissed with prejudice.

3. The Court orders the dismissal with prejudice of the **entire action** – including all claims by Plaintiffs against any and all Defendants, DOES, and/or parties in the above-captioned action.

DATED: October 2, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE